IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARRELL MCKELLER, | § | |
|     PLAINTIFF, | § | |
| V. | § | CASE NO. 3:20-CV-03065-M-BK |
| | § | |
| LVNV FUNDING, LLC AND CAPITAL ONE N.A., | § | |
| | § | |
|     DEFENDANTS. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's case is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 16th day of August, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE